USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/21/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MONIQUE A. HARRIS**

                      **Plaintiff,**

-against-

**MONTEFIORE MEDICAL CENTER**

                      **Defendant.**

**23-CV-08307**

**AMENDED ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court amends its prior order in ECF No. 32 because the Court is replacing its telephonic conference system. The Parties are **ORDERED** to appear at a telephonic conference on **Wednesday, December 11, 2024** at 3:00 p.m. regarding Plaintiff's request for an extension. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**
Dated:    **November 21, 2024**
            **New York, New York**

*/s/ Andrew L. Carter, Jr.*

            **ANDREW L. CARTER, JR.**
            **United States District Judge**