USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/11/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE A. HARRIS,

                Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER,

                Defendant.

23-cv-8307 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    In follow-up from the December 11, 2024 telephonic conference in this case:

- Plaintiff is ORDERED to file a Proposed Amended Complaint on December 27, 2024.
- The Parties are ORDERED appear at a telephonic conference to discuss the Proposed Amended Complaint on January 9, 2025 at 3:30 p.m.  The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

Dated:    December 11, 2024
                New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**