UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE A. HARRIS,<br><br>                      Plaintiff,<br><br>                 -against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>                      Defendant. | 23-cv-8307 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The telephonic conference has been adjourned due to a scheduling conflict. The Parties are ORDERED to appear at a telephonic conference to discuss the Proposed Amended Complaint on January 14, 2025 at 2 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

SO ORDERED.

Dated:    December 30, 2024
             New York, New York

                                                                  **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**