UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONIQUE A. HARRIS,

                **Plaintiff,**

                -against-

MONTEFIORE MEDICAL CENTER,

                **Defendant.**

23-cv-8307 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    In follow-up from the January 14, 2025 telephonic conference in this case:

- Plaintiff is ORDERED to file a Proposed Amended Complaint on February 4, 2025. Plaintiff should attach to the Proposed Amended Complaint the email she sent to Defendant requesting reasonable accommodations and should also include in the Proposed Amended Complaint as much information as possible about her job responsibilities and whether the accommodation could allow her to complete those duties.
- The Parties are ORDERED appear at a telephonic conference to discuss the Proposed Amended Complaint on February 13, 2025 at 3:30 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

Dated:    January 14, 2025
             New York, New York

                                                */s/ Andrew L. Carter, Jr.*
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**