UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE A. HARRIS,<br><br>                     **Plaintiff**,<br><br>                  -against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>                     **Defendant.** | 23-cv-8307 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the February 13, 2025 telephonic conference in this case, Plaintiff is ORDERED to advise the Court on **February 20, 2025** whether she will rest on the Proposed Amended Complaint or another version of her pleadings.

**SO ORDERED.**

Dated:    **February 18, 2025**
           **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**