UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE A. HARRIS,

          **Plaintiff,**

-against-

MONTEFIORE MEDICAL CENTER,

          **Defendant.**

23-cv-8307 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Following a February 13, 2025 conference in this action, Plaintiff was ordered to advise the Court whether she would proceed on the Proposed Amended Complaint she filed on February 4, 2025  *See* ECF Nos. 40, 41.  Plaintiff failed to do so.

    Plaintiff is ORDERED to advise the Court on **May 23, 2025** whether she will rest on the Proposed Amended Complaint filed on February 4, 2025 or another version of her pleadings.  If Plaintiff does not notify the Court of her intentions on said date, the Court will--as noted in the February 13, 2025 conference--will grant leave for Defendant to seek to dismiss the Proposed Amended Complaint with prejudice under Fed. R. Civ. P 12(b)(6) or seek summary judgment.

**SO ORDERED.**

**Dated:   May 9, 2025**
          **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**