UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE A. HARRIS,<br><br>                      Plaintiff,<br><br>                 -against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>                     Defendant. | 23-cv-8307 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are **ORDERED** to appear at a telephonic status conference on July 21, 2025 at 2 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 3700 226#). The Parties should be prepared to discuss the status of this case.

**SO ORDERED.**

Dated:   July 9, 2025
            New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**