UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE A. HARRIS,<br><br>        Plaintiff,<br><br>    -against-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>        Defendant. | 23-cv-8307 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  In follow-up from the July 21, 2025 telephonic conference in this case:

- The Court ORDERS that Plaintiff's February 4, 2025 Proposed Amended Complaint (ECF No. 40) be construed as the operative Amended Complaint in this action.
- The Court ORDERS that the Parties adhere to the following briefing schedule in connection with Defendant's motion to dismiss the Amended Complaint:
    - August 11, 2025: Defendant's opening brief due;
    - September 8, 2025: Plaintiff's opposition brief due;
    - September 17, 2025: Defendant's reply, if any, due.

**SO ORDERED.**

Dated: July 21, 2025
     New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**