**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 HARRIS,

                              Plaintiff,

         -against-                                          23 **CIVIL** 8307 (ALC)

                                                            **JUDGMENT**

MONTEFIORE MEDICAL CENTER,

                              Defendant.
-----------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 24, 2026, Plaintiff was given specific

instructions from this Court in multiple telephonic conferences with what she needed to do to

amend her complaint to state a claim. Although she was granted leave to amend, she still has not

stated facts that support a viable claim of discrimination, and she has not pointed to any

information that could be included in any future amendment that would cure the issues with her

case. Therefore, Plaintiff's Amended Complaint is DISMISSED with prejudice.

**Dated:** New York, New York

         March 24, 2026

                                        **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**

                    **BY:**        K. mango
                              _____
                                        **Deputy Clerk**